IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| WALTER PEGUES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Law No. 14-cv-03147-SEM-TSH |
| ) | |
| GREGG SCOTT, DANIELLE WALKER, ) | |
| SHAN ORRILL, RYAN KERR and JAMES ) | |
| CHRISTOPHER CLAYTON, ) | |
| ) | |
| Defendants. ) | |

**ANSWER, JURY DEMAND AND AFFIRMATIVE DEFENSES**

NOW COMES the Defendant, DANIELLE WALKER, by her attorney, DOUGLASS R. BITNER, of HEYL, ROYSTER, VOELKER & ALLEN, and pursuant to Local Rule CDIL-LR 16.3, and this Court's Merit Review Order and Opinion of September 30, 2014, [D/N 7], for her Answer, Jury Demand, and Affirmative Defenses in response to the Plaintiff's Complaint [D/N 1], states as follows:

**I.   Jurisdiction**

The Defendant admits the current cause of action is brought pursuant to 42 U.S.C. §1983. The Defendant admits that jurisdiction is proper.

**II.   Venue**

The Defendant admits that venue is appropriate within the United States District Court for the Central District of Illinois.

**III.   Parties**

The Defendant admits that the Plaintiff, Walter Pegues, is currently a resident detained at the Rushville Treatment & Detention Facility in Rushville, Illinois.  The Defendant, Danielle Walker, admits that she is currently employed as the Director of Nursing by Wexford Health

Sources, Inc., at the Rushville Treatment & Detention Facility. The Defendant denies or lacks knowledge or information sufficient to admit or deny the remaining allegations in the Plaintiff's section entitled Parties.

### IV.    Claim

The Defendant admits that residents of the Rushville Treatment & Detention Facility are allowed to shave, and are dispensed razors by the facility. The Defendant admits that razors are stored, labeled, and disposed of by the facility. The Defendant denies that she has violated the Plaintiff's constitutional rights. The Defendant denies that any act or omission on her part constitutes deliberate indifference to a serious risk of substantial harm to the Plaintiff, or any resident of the Rushville Treatment & Detention Facility. The Defendant denies that she has any involvement in the process of dispensing and storing razors at the facility. The Defendant denies any wrongdoing whatsoever. The Defendant denies that Plaintiff has brought a cognizable claim. The Defendant denies that the Plaintiff has suffered any harm. The Defendant denies or lacks knowledge or information sufficient to admit or deny the remainder of the Plaintiff's allegations. The Defendant denies that Plaintiff is entitled to any relief whatsoever.

WHEREFORE, the Defendant, DANIELLE WALKER, by her attorney, DOUGLASS R. BITNER, of HEYL, ROYSTER, VOELKER & ALLEN, respectfully requests that this Court enter judgment in her favor, plus costs of suit and attorney's fees and expenses to the extent allowable under the law.

**DEFENDANT DEMANDS TRIAL BY JURY**

## AFFIRMATIVE DEFENSES

NOW COMES the Defendant, DANIELLE WALKER, by her attorney, DOUGLASS R. BITNER, of HEYL, ROYSTER, VOELKER & ALLEN, and for her affirmative defenses in response to the Plaintiff's Complaint, states as follows:

**Affirmative Defense No. 1**:  Defendant is entitled to qualified immunity.

**Affirmative Defense No. 2**: Defendant lacks sufficient personal involvement.

**Affirmative Defense No. 3**: Defendant's duties were limited to those that were delegated to her or that she voluntarily undertook.

**Affirmative Defense No. 4**: The Plaintiff's claim fails to state a cause of action for which relief can be granted.

**Affirmative Defense No. 5**: The Plaintiff, according to his allegations, has not suffered an injury, and therefore, this cause of action is not ripe for judicial intervention.

**Affirmative Defense No. 6**: The Plaintiff's claimed damages are based, in whole or in part, upon the Plaintiff's failure to mitigate damages by exercising ordinary care and based upon an assumption of risk.

WHEREFORE, the Defendant, DANIELLE WALKER, by her attorney, DOUGLASS R. BITNER, of HEYL, ROYSTER, VOELKER & ALLEN, respectfully requests that this Court enter judgment in her favor, plus costs of suit and attorney's fees and expenses to the extent allowable under the law.

**DEFENDANT DEMANDS TRIAL BY JURY AS TO HER AFFIRMATIVE DEFENSES**

Respectfully Submitted,

DANIELLE WALKER, Defendant

s/ Douglass R. Bitner
IL ARDC #: 6305492
Heyl, Royster, Voelker & Allen
3731 Wabash Avenue
P. O. Box 9678
Springfield, IL  62791-9678
Phone: 217.522.8822, Ext. 214
Fax:    217.523.3902
Email:  dbitner@heylroyster.com

### PROOF OF SERVICE

I hereby certify that on October 29, 2014, I electronically filed the foregoing instrument, ANSWER, JURY DEMAND AND AFFIRMATIVE DEFENSES, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

None

and I hereby certify that I have mailed on October 29, 2014, by United States Postal Service the foregoing instrument, ANSWER, JURY DEMAND AND AFFIRMATIVE DEFENSES, to the following non-CM/ECF participants:

Walter Pegues
Illinois Department of Human Services
Sexually Violent Persons Treatment & Detention Facility
1680 East County Farm Road
Rushville, IL 62681

s/ Douglass R. Bitner
Douglass R. Bitner

DRB/cs (02227-U3739)
26108946_1